IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- 0 7 - 6 3 2 -

| | | |
|---|---|---|
| ANDREW DAVIS, SR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | C. A. No. 07C-05-356 JRJ |
| v. | : | |
| | : | |
| CONSOLIDATED SCHOOL DISTRICT OF | : | |
| RED CLAY PERSONNEL: DEBORAH | : | |
| HOOPER, DIANE DUNMON, LINDA | : | |
| THOMAS, OF SHORTLIDGE ACADEMY | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REMOVAL**

Defendants, Deborah Hooper, Diane Dunmon and Linda Thomas (referred to in the Complaint as "Consolidated School District of Red Clay Personnel: Deborah Hooper, Diane Dunmon, and Linda Thomas") (hereinafter "Red Clay Defendants") file this Notice of Removal pursuant to 28 U.S.C. § 1441(b), and in support thereof, state as follows:

1. On May 31, 2007, *pro se* plaintiff Andrew Davis, Sr., commenced a civil action against the Removing Red Clay Defendants in the Superior Court of the State of Delaware, In and For New Castle County, C.A. No. 07C-05-356 JRJ.

2. On September 25, 2007, defendant Linda Thomas was properly served in this action. The Red Clay Defendants have filed this Notice of Removal within 30 days of notice to the first defendant.

3. In his complaint, plaintiff alleges that the Red Clay Defendants deprived him of his rights and privileges pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1983, 42

U.S.C. § 1986, and 42 U.S.C. § 2000c and 2000c-8. Plaintiff has not specified any claims arising from the laws of the State of Delaware.

4. This case may be removed to this Court pursuant to 28 U.S.C. § 1441(b) because the district courts of the United States have original jurisdiction over matters arising under the laws of the United States.

5. Filed concurrently herewith is an Appendix containing copies of all process and pleadings in the Action.

6. Pursuant to Local Rule 81.2, there are no pending matters which require judicial action. Upon transfer of this case to this Court, the Red Clay Defendants will answer the complaint or otherwise plead.

WHEREFORE, the Red Clay Defendants give notice that the action pending in the Superior Court of the State of Delaware, In and For New Castle County is removed to this Court.

Respectfully Submitted,

WHITE AND WILLIAMS LLP

*Dana Spring Monzo*
JOHN D. BALAGUER (#2537)
DANA SPRING MONZO (#4605)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Attorneys for Red Clay Defendants

Dated: October 15, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW DAVIS, SR., | : | — 0 7 - 6 3 2 — |
| Plaintiff, | : | |
| | : | C. A. No. 07C-05-356 JRJ |
| v. | : | |
| | : | |
| CONSOLIDATED SCHOOL DISTRICT OF RED CLAY PERSONNEL: DEBORAH HOOPER, DIANE DUNMON, LINDA THOMAS, OF SHORTLIDGE ACADEMY | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon reviewing the Red Clay Defendants' Notice of Removal, *Andrew Davis Sr. v. Consolidated School District of Red Clay Personnel: Deborah Hooper, Diane Dunmon, Linda Thomas of Shortlidge Academy*, C.A. 07C-05-356 JRJ, is hereby removed to the United States District Court for the District of Delaware. The defendants have twenty days from the signing of this order to answer the Complaint or otherwise plead.

_____
J.

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW DAVIS, SR.,<br><br>          Plaintiff,<br><br>    v.<br><br>CONSOLIDATED SCHOOL DISTRICT OF<br>RED CLAY PERSONNEL: DEBORAH<br>HOOPER, DIANE DUNMON, LINDA<br>THOMAS, OF SHORTLIDGE ACADEMY<br><br>          Defendants. | :<br>:<br>:<br>:  C. A. No. 07C-05-356 JRJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the foregoing Notice of Removal were served on this date by U.S. Mail, first-class, postage prepaid upon the following:

Andrew Davis, Sr.
853 N. Madison Street
Wilmington, DE  19801
*Pro Se*

Superior Court
Office of the Prothonotary
New Castle County Court House
500 N. King Street
Lower Level 1, Suite 500
Wilmington, DE  19801

Respectfully Submitted,

WHITE AND WILLIAMS LLP

*/s/ Dana Spring Monzo*
JOHN D. BALAGUER (#2537)
DANA SPRING MONZO (#4605)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Attorneys for Red Clay Defendants

Dated: October 15, 2007

PHLDMS1 3383383v.1

**SUMMONS**

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

) C.A. No. 07C-05-356 JRJ
)
Andrew Davis Sr.      Plaintiff,
)
v.
)
Consolidated School District of Red Clay   ) SUMMONS
Personnel;                    )
Deborah Hooper                )
Diane Dunman                  )
Linda Thomas          Defendant. )

THE STATE OF DELAWARE,
TO THE SHERIFF OF COUNTY: New Castle.
YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Alfred J. Dunguito Jr. Andrew Davis Sr., plaintiff's attorney, whose address is 1000 West St. Suite 853 N. Madison St Wilm, DE, 19801, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated: 9/14/07

SHARON AGNEW
Prothonotary
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

SHARON AGNEW
Prothonotary
Per Deputy

Rev:02/2002

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N) K S        CIVIL ACTION NUMBER: 07C-05-356 JRJ

Civil Case Code _____        Civil Case Type  CMIS  _____
(SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| Caption:<br><br>Andrew Davis SR. VS.<br><br>Deborah Hooper / Diane Dunmon /<br><br>Linda Thomas of the Red Clay School<br><br>District / Shortledge academy. | Name and Status of Party filing document:<br><br>Andrew Davis (Plaintiff)<br><br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>_____<br><br>Non-Arbitration __   eFile __<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration __  Mediation __  Neutral Assessment __<br>DEFENDANT (CIRCLE ONE)  **ACCEPT  REJECT**<br>JURY DEMAND  YES ___  NO ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED  STANDARD  COMPLEX** |
| ATTORNEY NAME(S):<br><br>Andrew Davis (Pro se)<br><br>ATTORNEY ID(S): _____<br><br>FIRM NAME:<br>853 N. Madison st. Wilm, DE. 19801<br>ADDRESS:<br><br><br><br>TELEPHONE NUMBER: 302 304 1975 or message at<br>302 7435715<br><br>FAX NUMBER:<br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br>FILED<br>PROTHONOTARY<br>2007 MAY 31 AM 8:54<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 1/2003

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N)   K   S        CIVIL ACTION NUMBER: _____

Civil Case Code _____   Civil Case Type __CMIS_____
(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption: | Name and Status of Party filing document: |
|---|---|
| Andrew Davis Sr. vs. Deborah Hooper / Diane Dunmon / Linda Thomas of the Red Clay School District / Shortlidge Academy. | Andrew Davis (Plaintiff) |
| | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | Non-Arbitration ___   eFile ___ (CERTIFICATE OF VALUE MAY BE REQUIRED) |
| | Arbitration ___ Mediation ___ Neutral Assessment ___ DEFENDANT (CIRCLE ONE) **ACCEPT   REJECT** |
| | JURY DEMAND   YES ___   NO ___ |
| | TRACK ASSIGNMENT REQUESTED (CIRCLE ONE) **EXPEDITED   STANDARD   COMPLEX** |

| ATTORNEY NAME(S): Andrew Davis (Pro Se) ATTORNEY ID(S): — FIRM NAME: 853 N. Madison St. Wilm, DE. 19801 ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
|---|---|
| | EXPLAIN THE RELATIONSHIP(S): |
| TELEPHONE NUMBER: 302 384 1975 or message at 302 7435715 | |
| | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| FAX NUMBER: | |
| E-MAIL ADDRESS: | |
| | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

FILED PROTHONOTARY 2007 MAY 31 AM 11:52

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 9/2003

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

FILED
PROTHONOTARY
2007 MAY 31  AM 11:52

IN AND FOR NEW CASTLE COUNTY

Andrew Davis sr.

PRAECIPE

)
)
)
)
)
)
VS.                                                    )   Civil Action No.
Consolidated school District of Red Clay  )
Deborah Hooper                                   )
4550 New Linden Hill Rd. wilm, DE. 19808 )
Diane Dunmon                                     )
4550 New Linden Hill Rd. wilm, DE. 19808 )
Linda Thomas                                      )
100 west 18th St. wilm, DE. 19802

Please issue  Please issue summons to the above listed defendants
at the above listed addresses.

_____Andrew Davis sr._____
Plaintiff

Address  853 N. Madison St.

wilm, DE. 19801

Phone  302 384 1975 / 302 7435 715 message

TO:    Prothonotary

SUMMONS

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| Andrew Davis SR. | Plaintiff, | ) C.A. No. ) ) ) ) |
| v. | | ) |
| Consolidated School District of Red Clay Personnel: Deborah Hooper Diane Dunmon Linda Thomas | Defendant. | ) SUMMONS ) ) ) ) ) |

THE STATE OF DELAWARE,

TO THE SHERIFF OF    COUNTY: New Castle

YOU ARE COMMANDED:

To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Alfred J D'angelo Jr  Andrew Davis SR, plaintiff's attorney, whose address is 853 N. Madison St Wilm, DE 19801, an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint.

Dated:

SHARON AGNEW
Prothonotary

_____
Per Deputy

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if the complaint contains a specific notation requiring the defendant to answer any or all allegations of the complaint by affidavit, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint.

SHARON AGNEW
Prothonotary

_____
Per Deputy

Rev:02/2002

Andrew DAVIS SR

vs

Consolidated school District of Red clay
Personnel: Deborah Hooper / Diane Dunmon /
LINDA Thomas of Shortlidge academy.

FILED
PROTHONOTARY

2007 MAY 31   AM 11: 52

CA #

Complaint

FILED
PROTHONOTARY

2007 MAY 31  AM 11:52

Your Honor,

On 11/6/06 our son Ishmael Davis was offensively touched, (in a sexual nature), by classmate Corey Pressey. Attempts to gain recourse thru school administration were blocked due to unprofessionalism & cover ups.

Again our son was offensively touched by said peer on 11/16/06 & subsequent requests for a Grievance Conference at the district level were finally granted on 11/30/06 at Shortlidge Academy. Unfortunately, this scheduled conference ended in the district verbally stating to us, (the parents), that they didn't view this as offensive touching although the police were involved.

Myself & my wife met w/ Principal Linda Thomas, V. Denman, & D. Hooper, (of the district), at Shortlidge.

We cited them for not thoroughly investigating & handling said incident & requested due process. However, the district nor the Principal abided by the Grievance Procedures set forth w/in their own code of conduct; in that we were never afforded a written decision at the school or district level.

In any event, Corey Pressey has been moved 2 doors down the hall from his former class & is still in contact w/our son. Subsequent to filing claims w/ the school, the district, Police Dept., & the Atty. General's Office I began to experience retaliation in the form of provocation, harassment, & intimidation on the part of staff & administrators.

we are aggrieved at the actions of the school & District who have deprived us of our rights & privileges pursuant to Section 42 §1983 & Section 42 §2000c & 2000c-8, as they had knowledge of said incidents & patterns of discrimination & sexual harassment.

Pursuant to section 42 §1981 a, we have not been afforded the equal rights due to us under the law as they have violated state & federal law & trampled the constitutional rights of our family. As we have exhausted all other means w/in the school system to obtain recourse we now seek action in a suit of equity as these parties are liable under federal law.

Furthermore, I have gone to great lengths to communicate & document this retaliation & abuse of discretion only to be singled out, subjugated by non existent policies, & physically confronted by staff.

In compliance w/ section 42 §1986, any number of persons guilty of this law may be joined as defendants in this action w/in one year of said act.

The district has maintained a position of passive concealment in allowing these acts of harassment & provocation to continue & escalate. I've been further discriminated against by the school's attempts at usery to subjugate me to new rules & codes that are not in the code of conduct that I signed off on, which is a binding contract between parent & district.

With this complaint, I petition the court to bring charges against the defendants (herein), for civil rights violations as we seek the maximum damages of $100,000. As we are unable to file electronically.

If the courts need to contact us, we reside at 853 N. Madison St Wilm, DE. 19801  3023841975 or 302 7435715.

Thank you for your time & consideration,

MR. A. Davis SR.

JS 44 (Rev. 11/04)

07-632

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Andrew Davis, Sr. | Consolidated School District of Red Clay<br>Personnel: Deborah Hooper, Diane Dunmon, Linda Thomas |
| (b) County of Residence of First Listed Plaintiff  New Castle<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  New Castle<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorneys (Firm Name, Address, and Telephone Number)<br>Pro Se<br>853 N. Madison Street<br>Wilmington, DE 19801<br>(302) 384-1975 | Attorneys (If Known)<br>John D. Balaguer, 2537   (302) 654-0424<br>Dana Spring Monzo, 4605   White and Williams LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 |

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only): ☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** (Place an "X" in One Box Only): ☒ 440 Other Civil Rights

**V. ORIGIN** (Place an "X" in One Box Only): ☒ 2 Removed from State Court

**VI. CAUSE OF ACTION**: Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. §1441(b)
Brief description of cause: Plaintiff claims federal law violations

**VII. REQUESTED IN COMPLAINT**: DEMAND $ less than $100,000  JURY DEMAND: ☒ NO

**VIII. RELATED CASE(S) IF ANY**: N/A

DATE: October 15, 2007

SIGNATURE OF ATTORNEY OF RECORD: Dana Spring Monzo

PHLDMS1 3385662v.1