## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW DAVIS, SR., : | |
| : | |
| Plaintiff, : | |
| : | C. A. No. 1:07-cv-632 GMS |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| DEBORAH HOOPER, DIANE DUNMON, : | DEMANDED |
| LINDA THOMAS, : | |
| : | |
| Defendants. : | |
| : | |

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of John D. Balaguer, Esquire and Dana Spring Monzo, Esquire on behalf of defendants Deborah Hooper, Diane Dunmon and Linda Thomas.

**WHITE AND WILLIAMS LLP**

BY:  /s/ Dana Spring Monzo
John D. Balaguer, Esquire (# 2537)
Dana Spring Monzo, Esquire (# 4605)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: (302) 467-4526
*Deborah Hooper, Diane Dunmon and Linda Thomas*

Dated:  November 9, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREW DAVIS, SR., : | |
| : | |
| Plaintiff, : | |
| : | C. A. No. 1:07-cv-632 GMS |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| DEBORAH HOOPER, DIANE DUNMON, : | DEMANDED |
| LINDA THOMAS, : | |
| : | |
| Defendants. : | |
| : | |

**CERTIFICATE OF SERVICE**

I, Dana Spring Monzo, Esquire do hereby certify that on this 9th day of November, 2007, two copies of the foregoing **ENTRY OF APPEARANCE** were served upon the following CM/ECF and regular U.S. First Class Mail, postage prepaid:

Andrew Davis, Sr.
853 N. Madison Street
Wilmington, DE 19801
*Pro Se*

**WHITE AND WILLIAMS LLP**

BY:   /s/ Dana Spring Monzo
John D. Balaguer, Esquire (#2537)
Dana Spring Monzo, Esquire (# 4605)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: (302) 467-4526
*Deborah Hooper, Diane Dunmon and Linda Thomas*