IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW DAVIS, SR. | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-632 GMS |
| DEBORAH HOOPER, et al. | : |
| Defendants | : |

### ORDER

WHEREAS, on October 15, 2007, the above-captioned case was removed from the Superior Court of the State of Delaware (D.I. 1);

WHEREAS, on November 9, 2007, the defendants filed a motion to dismiss the case for failure to state a claim (D.I. 4);

WHEREAS, to date, the court's docket reflects that a response to the motion has not been filed with the court.

IT IS HEREBY ORDERED that:

The plaintiff will have until December 13, 2007, within which to file a response to the defendants' motion to dismiss. Failure to do so may result in dismissal of this case without prejudice.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November ___29___, 2007



FILED

NOV 29 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE